■ In the Matter of RUSSELL KEITH EISMAN, a Suspended Attorney.—Application for reinstatement granted only to the extent of referring the matter to respondent for a hearing, as indicated in the order of this court. Concur—Sullivan, J. P., Kupferman, Ross, Asch and Kassal, JJ.

■

(October 8, 1991)

■ YITTU BLEICH et al., Appellants, v MARIO CUOMO, as Governor of the State of New York, et al., Respondents.—Order and judgment (one paper), Supreme Court, New York County (Leland DeGrasse, J.), entered on January 24, 1990, unanimously affirmed, for the reasons stated by Leland DeGrasse, J., without costs. No opinion. Concur—Murphy, P. J., Sullivan, Carro, Wallach and Kupferman, JJ.